IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DUPREE CULVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 1:24-CV-704-WKW |
| ) | [WO] |
| C.O. BISHOP, SGT. CAINE, C.O. ) | |
| DEPRIEST, C.O. MULLIN, C.O. ) | |
| SCARBOROUGH, and C.O. ) | |
| TRAURIO, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 14, 2025, the Magistrate Judge filed a Recommendation for the dismissal of this action without prejudice based on Plaintiff's failure to prosecute and comply with the court's orders. (Doc. # 13.) There being no timely objections filed to the Recommendation, and after an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE this 6th day of February, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE